

US00D665713S

## (12) United States Design Patent
### Pochurek et al.

(10) Patent No.: **US D665,713 S**
(45) Date of Patent: ** **Aug. 21, 2012**

(54) **STEP BAR FOR VEHICLE**

(75) Inventors: **Scott K. Pochurek**, Temecula, CA (US); **Robert L. West**, Seal Beach, CA (US)

(73) Assignee: **Westin Automotive Products,** Irwindale, CA (US)

(**) Term: **14 Years**

(21) Appl. No.: 29/412,348

(22) Filed: **Feb. 2, 2012**

(51) LOC (9) Cl. .................................................. **12-16**
(52) U.S. Cl. ...................................................... **D12/203**
(58) Field of Classification Search ................ D12/203, D12/162; D6/582–586, 592–594; 280/163–164.1, 280/169; 15/215–217; 428/138.141; 296/97.23
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D495,283 S | * | 8/2004 | Ashley et al. | D12/203 |
| D505,901 S | * | 6/2005 | Wang | D12/203 |
| D532,354 S | * | 11/2006 | Storer | D12/203 |
| D535,928 S | * | 1/2007 | Crandall | D12/203 |
| D536,290 S | * | 2/2007 | Yeh | D12/203 |
| D545,747 S | * | 7/2007 | Storer | D12/203 |
| D546,745 S | * | 7/2007 | Storer | D12/203 |
| D568,222 S | * | 5/2008 | Storer | D12/203 |
| 7,717,444 B2 | * | 5/2010 | Fichter | 280/163 |
| D634,687 S | * | 3/2011 | Vukel | D12/203 |
| D645,805 S | * | 9/2011 | Vukel | D12/203 |
| D649,100 S | * | 11/2011 | Cheng | D12/203 |

* cited by examiner

Primary Examiner — Stacia Cadmus
(74) Attorney, Agent, or Firm — Dobrusin & Thennisch PC

(57) **CLAIM**

The ornamental design of a step bar for vehicle, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective view of a step bar for vehicle showing our new design, shown in its position of use secure to a vehicle;
FIG. 2 is an enlarged perspective view of the step bar for vehicle;
FIG. 3 is a top plan view of FIG. 2;
FIG. 4 is a bottom plan view of FIG. 2;
FIG. 5 is an enlarged front elevation view of FIG. 2;
FIG. 6 is an enlarged rear elevation view of FIG. 2;
FIG. 7 is an enlarged fragmentary top plan view of one of the step hoops of FIG. 2;
FIG. 8 is an enlarged top plan view of one of the step pieces of FIG. 2 shown separately for ease of illustration; and,
FIG. 9 is an enlarged fragmentary top plan view of one of the step hoops of FIG. 2 with the step piece removed for ease of illustration.
The broken lines showing of environment is for illustrative purposes only and forms no part of the claimed design.

**1 Claim, 3 Drawing Sheets**




U.S. Patent    Aug. 21, 2012    Sheet 1 of 3    US D665,713 S



FIG.1

FIG.2

FIG.3

**U.S. Patent**  Aug. 21, 2012  Sheet 2 of 3  US D665,713 S



FIG.4

FIG.5  FIG.6

FIG.7

**U.S. Patent**  Aug. 21, 2012  Sheet 3 of 3  US D665,713 S



FIG.8



FIG.9