

Jenny Lee
jlee@patentco.com
Dobrusin & Thennisch PC
29 W. Lawrence St., Ste. 210
Pontiac, MI 48342
Tele: (248) 292-2920
Fax: (248) 292-2910
Direct Tele: (949) 716-7568

August 21, 2012

**VIA FEDERAL EXPRESS**
Go Rhino! Products / IDDEA California
Attn: Manuel Alvarez - President
589 West Apollo Street
Brea, California 92821

    Re:    Unauthorized And Infringing Use Of Westin Automotive Products' Design Patent

Dear Mr. Alvarez:

    Please be advised that this office represents Westin Automotive Products of Irwindale, California (hereinafter "Westin"), the owner of U.S. Design Patent No. D665713 titled "Step Bar for Vehicle" (hereinafter "Step Bar Patent"). A copy is attached as Exhibit A.

    We are contacting you because your company's manufacture and sales of the Dominator D4 step bar products (see attached Exhibit B obtained from your website) infringe the claim of the Step Bar Patent. The Dominator D4 step bar products are substantial similar in design to the step bar design claimed in the Step Bar Patent. The Step Bar Patent is of substantial value to Westin and Westin is currently selling step bar products covered by this patent. Accordingly, we hereby request that your company and any and all individuals or entities doing business as part of your business cease and desist all sale and promotion of the Dominator D4 and any substantially similar step bar products.

    As an experienced businessperson, we are certain that you will appreciate that Westin has expended significant capital in the acquisition and protection of the Step Bar Patent and will not consider this issue resolved until you have provided a letter of intent. The letter must be signed, dated, and unambiguously state your intent to immediately comply with this request. If you do not reply to this letter within ten (10) business days, we will be forced to take additional steps and further action will ensue. However, with your prompt reply, this matter can be resolved in an amicable and commercially responsible manner.

www.patentco.com



Thank you for your anticipated cooperation in this matter and we look forward to hearing from you.

Very truly yours,
**DOBRUSIN & THENNISCH PC**

Jenny Lee

Enclosure

cc: Westin Automotive Products

www.patentco.com